UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24013-CIV-GAYLES/OTAZO-REYES

ROBERT DOYLE,
individually and on behalf of all
others similarly situated,             CLASS ACTION

    *Plaintiff,*                          JURY TRIAL DEMANDED

v.

FLORIDA HEALTH SOLUTION, CORP.,
a Florida Corporation and MOBILITY
TECHNOLOGIES USA, CORP. a Florida
Corporation,

    *Defendants,*
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Robert Doyle, through counsel, hereby informs the Court that he has reached a settlement of Plaintiff's individual claims in this matter without prejudice to the claims of the putative classes.

The parties are drafting, finalizing, and executing the formal settlement documents. Upon full execution, the parties will file the appropriate documents with the Court.

Dated: September 7, 2022        Respectfully submitted,

                                              */s/ Seth M. Lehrman*
                                              Seth M. Lehrman (FBN 132896)
                                              E-mail: seth@epllc.com
                                              EDWARDS POTTINGER LLC
                                              425 North Andrews Avenue, Suite 2
                                              Fort Lauderdale, FL 33301
                                              Telephone: 954-524-2820
                                              Facsimile: 954-524-2822

        Joshua H. Eggnatz, Esq. (FBN 0067926)
        E-mail: JEggnatz@JusticeEarned.com
        Michael J. Pascucci, Esq. (FBN 0083397)
        E-mail: Mpascucci@JusticeEarned.com
        EGGNATZ | PASCUCCI
        7450 Griffin Road, Suite 230
        Davie, FL 33314
        Telephone: 954-889-3359
        Facsimile: 954-889-5913

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on September 7, 2022, and will and will be served on all counsel of record through the ECF system.

        */s/ Seth M. Lehrman*
        Seth M. Lehrman, Esq.